



**Allen G. Kadish**
Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
www.archerlaw.com

December 27, 2023

**VIA OVERNIGHT MAIL**

United States District Court
Middle District of Georgia
Attn: Clerk of the Court
475 Mulberry Street
Macon, GA 31201

    Re:    *Securities and Exchange Commission v. Jonathon Larmore, et al.*
             *U.S. District Court for the District of Arizona, Case No. 23-CV-02470-DLR*
             ***Notice of Filing of Complaint and Order Pursuant to 28 U.S.C. §754***

Dear Clerk:

        Our firm represents Allen D. Applbaum as Receiver in the above-referenced receivership, pursuant to that certain *Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction* [ECF No. 77]. Pursuant to 28 U.S.C. §754, the Receiver hereby submits for filing the enclosed:

        ***Notice of Filing of Complaint and Order Pursuant to 28 U.S.C. §754,*** including:
            Exhibit A – *Complaint* [ECF No. 1],
            Exhibit B – *Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction* [ECF No. 77], and
            Exhibit C – *Temporary Restraining Order* [ECF No. 78].

        Please open a miscellaneous civil case under 28 U.S.C. §754 in your District. Due to the exigency under the statute, please file and we will follow with the filing fee. We also enclose a return envelope for a file-stamped copy of the first page of the Notice.

        Please contact the undersigned immediately with any questions. Thank you.

                                                                           Respectfully,

                                                                        ALLEN G. KADISH

Enclosures